The People of the State of Illinois, Defendant in Error,
v. Robert Taylor (Impleaded), Plaintiff in Error.

Gen. No. 48,135.

First District, Third Division.
February 1, 1961.

McCoy,
Ming & Leighton, of Chicago (Mark E. Jones, of counsel) for
plaintiff in error; Benjamin S. Adamowski, State's Attorney of
Cook county (Francis X. Riley, of counsel) for defendant in error.
Opinion by PRESIDING JUSTICE SCHWARTZ. **Not to be pub-
lished in full.**